# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-11205
_____

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

TYRONE DAVIS FOSTER, JR.,

*Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 5:24-cr-00060-TPB-PRL-1
_____

Before JILL PRYOR, BRANCH, and LUCK, Circuit Judges.

BY THE COURT:

Christopher DeLaughter, appointed counsel for Tyrone Foster, Jr. in the present appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel correctly assessed the relative merit of Foster's appeal. Because independent examination

2                       Order of the Court                       25-11205

of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Foster's conviction and sentence are **AFFIRMED**.